AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSE VARGAS,

                                Plaintiff,

                     v.

CHELAN COUNTY REGIONAL JUSTICE CENTER, a division of Chelan County, and GRANT COUNTY DISTRICT COURT, a division of Grant County,

                              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-0039-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on the §1983 claims pursuant to the Order Granting Defendants' Motions for Summary Judgment entered on February 22, 2010, Ct Rec 81.

February 22, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas